**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PRECIOUS LYKES | ) | |
| 11409 Continental Ave. | ) | |
| Cleveland, OH 44104 | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:09-cv-00396 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | NOTICE OF SETTLEMENT |
| DELANOR KEMPER & ASSOCIATES | ) | (Unlawful Debt Collection Practices) |
| 142 Mitchell Street SW, Suite 300 | ) | |
| Atlanta, GA 30303 | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, PRECIOUS LYKES, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

///

///

///

///

                                                   RESPECTFULLY SUBMITTED,

                                      By: /s/ Peter Cozmyk
                                              Peter Cozmyk,
                                              Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 100
Independence, Ohio 44131
phone: (216) 901-0609
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com