# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| PRECIOUS LYKES )<br>11409 Continental Avenue )<br>Cleveland, OH 44104 )<br>　　　　　　　　　　　　　　　　　)<br>　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　) Case No. 1:09-cv-00396<br>　　v. )<br>　　　　　　　　　　　　　　　　　)<br>DELANOR KEMPER & ASSOCIATES )<br>2221 Peachtree Road )<br>Atlanta, GA 30309 )<br>　　　　　　　　　　　　　　　　　)<br>　　Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PRECIOUS LYKES (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, DELANOR KEMPER & ASSOCIATES,.(Defendant), in this case.

DATED:  August 25, 2009　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　　　By:___/s/ Peter Cozmyk_____
　　　　　　　　　　　　　　　　　　　　　　　　Peter Cozmyk,
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (216) 901-0609
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com